**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10472-TPA |
| | : | |
| **Herbert Billy Maness,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 9 |
| **Herbert Billy Maness,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| **Ditech Financial LLC,** | : | |
| **Internal Revenue Service,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO EXTEND THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **June 1, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **June 12, 2019 at 11:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>May 15, 2019</u>

          Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend the Automatic Stay and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 15, 2019**　　　　　　　　　　　　*By: /s/ Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　　　Clarissa Bayhurst, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

 (p)H & R ACCOUNTS INC
5320 22ND AVENUE
MOLINE IL 61265-3627

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406-3626

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Transworld Systems Inc / 33
PO Box 15609
Wilmington, DE 19850-5609

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com