# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10472-TPA |
| | : | |
| Herbert Billy Maness, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

C.B.                                                                MANESS, HERBERT BILLY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10472-TPA |
| | : | |
| **Herbert Billy Maness,** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | |
| **Herbert Billy Maness,** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Herbert Billy Maness**, hereby state as follows:

1.) I am self-employed for Bennett Sheep Co where I bring home an average of $548.61 per month.
2.) I receive Social Security Benefits in the amount of $1,164.00 per month.
3.) I receive a Pension in the amount of $768.82 per month.
4.) I live with my girlfriend who brings home an average of $456.70 per month from employment.
5.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
6.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 29, 2019         /s/ Herbert Billy Maness
                            Debtor