**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10472-TPA |
| | : | |
| **Herbert Billy Maness,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 20 |
| **Herbert Billy Maness,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | June 12, 2019 at 11:30am |
| vs. | : | |
| | : | |
| **Ditech Financial LLC,** | : | |
| **Internal Revenue Service,** | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 10, 2019**            *By: /s/ Clarissa Bayhurst*
                                           Clarissa Bayhurst, PARALEGAL
                                           FOSTER LAW OFFICES
                                           PO Box 966
                                           Meadville, PA 16335
                                           Tel 814.724.1165
                                           Fax 814.724.1158

MATRIX

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

 (p)H & R ACCOUNTS INC
5320 22ND AVENUE
MOLINE IL 61265-3627

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406-3626

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Transworld Systems Inc / 33
PO Box 15609
Wilmington, DE 19850-5609

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com