**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | : | Chapter 13 |
|     Debtor | : | |
| | : | Related to Document No. 26 |
| Herbert Bill Maness, | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| Ditech Home Loans, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## ORDER SUBSTITUTING LMP SERVICER

On July 9, 2019, the above named Debtor filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated July 24, 2019 at Document No.<u>27</u>, naming Ditech Home Loans as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtors were notified that the Former Servicer changed and that the current Servicer/Lender is <u>NewRez LLC</u> with a payment mailing address of PO Box 740039, Cincinnati, Ohio 45274-0039. On <u>December 2, 2019</u>, the Creditor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this _____ day of _____, *2019,* for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1) *Ditech Home Loans* is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) *NewRez LLC* is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtors shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtors Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to <u>NewRez LLC,</u> P.O. Box 740039, Cincinnati, Ohio 45274-0039 beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
Thomas P. Agresti,
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtors
    Counsel for Debtors
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    [Counsel for Creditor]