# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | : | Chapter 13 |
| Debtor | : |  |
|  | : | Related to Document No. 26 , 41 |
| Herbert Bill Maness, | : |  |
| Movant | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Ditech Home Loans, | : |  |
|  | : |  |
| AND | : |  |
|  | : |  |
| Ronda J. Winnecour/Esquire | : |  |
| Chapter 13 Trustee, | : |  |
| Respondents | : |  |

FILED
12/4/19 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER SUBSTITUTING LMP SERVICER

On July 9, 2019, the above named Debtor filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated July 24, 2019 at Document No.27, naming Ditech Home Loans as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtors were notified that the Former Servicer changed and that the current Servicer/Lender is NewRez LLC with a payment mailing address of PO Box 740039, Cincinnati, Ohio 45274-0039. On December 2, 2019, the Creditor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this **4th** day of ***December***, *2019*, for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1) *Ditech Home Loans* is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) *NewRez LLC* is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtors shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtors Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to NewRez LLC, P.O. Box 740039, Cincinnati, Ohio 45274-0039 beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
Thomas P. Agresti,          jlm
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtors
    Counsel for Debtors
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    [Counsel for Creditor]

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10472-TPA
Herbert Billy Maness                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam            Page 1 of 1            Date Rcvd: Dec 04, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
db              +Herbert Billy Maness,    20704 Beaver Center Road,    Conneautville, PA 16406-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Herbert Billy Maness dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4