IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/17/19 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | Chapter 13 |
| Debtor | |
| | Related to Document No(s). 26 & 46 |
| Herbert Bill Maness, | |
| Movant | |
| v. | |
| New Rez, LLC, | |
| AND | |
| Ronda J. Winnecour/Esquire | |
| Chapter 13 Trustee, | |
| Respondents | |

## ORDER

A *Loss Mitigation Order* dated <u>July 24, 2019</u>, was entered in the above matter at Document No. <u>26</u>. On <u>December 6, 2019</u>, a *Motion to Extend the Loss Mitigation Period* was filed by <u>Herbert Billy Maness</u> at Document No. <u>46.</u>

AND NOW, this <u>17th</u> day of <u>December</u>, 20<u>19</u>, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* <u>March 16</u>, 20<u>20</u>.

_____
United States Bankruptcy Judge

ljm

PAWB Local Form 43 (04/14)                                                                                              Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Herbert Billy Maness  
     Debtor

Case No. 19-10472-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Dec 17, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db          +Herbert Billy Maness,    20704 Beaver Center Road,    Conneautville, PA 16406-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:  
        Daniel P. Foster     on behalf of Debtor Herbert Billy Maness dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 4