# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 19-10472-TPA** |
| **Herbert Billy Maness,** | : | **Chapter 13** |
| Debtor | : | |
| | : | **Docket No.: 50** |
| **Herbert Billy Maness,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on December 4, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than December 21, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  December 23, 2019

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email:
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>December 23, 2019</u> | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

**MATRIX**

Ditech Financial LLC
P.O. Box 12740
Tempe, AZ 85284-0046

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

H&R Account Inc
5320 22nd Avenue
Moline, IL 61265-3627

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Office of the United States Trustee
**ustpregion03.pi.ecf@usdoj.gov**

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

Transworld Systems Inc / 33
PO Box 15609
Wilmington, DE 19850-5609

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406-3626

Ronda J. Winnecour
**cmecf@chapter13trusteewdpa.com**