IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Herbert Billy Maness | : | Case No.19-10472TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Herbert Billy Maness | : | |
| | : | Related to Document #43 |
| Movant(s) | : | |
| | : | Hearing Date 1/8/20 |
| vs. | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent(s) | | |

### TRUSTEE'S RESPONSE TO MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Debtor requests approval for post-petition financing to purchase a new vehicle for a monthly payment not to exceed $350.00.

2. According to the Trustee's records, the Debtor is in arrears in the amount of $4,800.00 through December 2019.

3. Therefore, another secured debt payment appears to be infeasible for this Debtor.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  12/23/19                    by      __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Herbert Billy Maness : Case No.19-10472TPA
: Chapter 13
    Debtor(s) :
Herbert Billy Maness :
: Related to Document #43
    Movant(s) :
: Hearing Date 1/8/20
    vs. :
Ronda J. Winnecour, Trustee :
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of December 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Herbert Billy Maness
20704 Beaver Center Road
Conneautville PA 16406

Daniel Foster, Esquire
Foster Law Offices
Po Box 966
Meadville PA 16335

    _/s/Dianne DeFoor_____
    Office of Chapter 13 Trustee
    US Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com