FILED
1/9/20 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10472-TPA |
| Herbert Billy Maness | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 1/8/2020 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:** #43 Motion to Approve Post-Petition Vehicle Financing
#50 CNO filed
#51 Resp. by Trustee

**APPEARANCES:**
Debtor: Daniel P. Foster
Trustee: Ronda Winnecour (video)

**NOTES:**

Foster: Debtor has been stumbling on payments, we are only in month eight and in loss mitigation. This plan will be changing dramatically if he gets a mortgage modification. I would propose to keep an eye on this for a period of time to see if he can make some consecutive payments. His vehicle is completely broken down. Assuming I get a mortgage modification that will set an entire plan base.

Winnecour: No objection

**OUTCOME:** GRANTED / OE
Note: Motion to Dismiss/convert to be filed in 60 days if no significant change in circumstances.

ljm