# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No(s). 53 |
| Herbert Billy Maness, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NewRez LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Regarding Status Conference**, by Electronic-Mail, DMM Portal and/or US Mail on the parties below.

Executed on: **January 10, 2020**                    *By: /s/ Kathryn M. Schwartz*
                                                      Kathryn M. Schwartz,
                                                      PARALEGAL
                                                      FOSTER LAW OFFICES, LLC
                                                      PO Box 966
                                                      Meadville, PA 16335
                                                      Tel 814.724.1165
                                                      Fax 814.724.1158


Ronda J. Winnecour, Trustee                          Herbert Billy Maness
cmecf@chapter13trusteewdpa.com                       20704 Beaver Center Road
*Service via CM/ECF*                                 Conneautville, PA 16406
                                                     *Service via US Mail*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov                         *Uploaded to DMM Portal*
*Service via CM/ECF*

New Rez LLC
PO Box 740039
Cincinnati, Ohio 45274-0039
*Service via US Mail*