FILED
1/10/20 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| HERBERT BILLY MANESS | : | Case No. 19-10472TPA |
| *Debtor* | : | Chapter 13 |
| HERBERT BILLY MANESS | : | Related to Doc Nos. 25, 26 & 52 |
| v. | : | |
| NEWREZ, LLC | : | Hearing: February 5, 2020 at 11:00 A.M. |
| *Respondent(s)* | : | |

## ORDER

On January 7, 2020, Counsel for Debtor filed a ***Motion for Status Conference*** at Document No. 52 ("Motion") requesting a status conference in order for Respondent to provide clarification as to the loan modification; Therefore,

***AND NOW***, this **10th** day of ***January, 2020,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1) A Status Conference on compliance with the pending Loss Mitigation Order dated July 24, 2019, is scheduled on ***February 5, 2020 at 11:00 A.M***. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.

(2) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3) The order at Document No. 53 is hereby VACATED.

(4) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent and file a certificate of service within three (3) days.

_____
Thomas P. Agresti, Judge        ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Daniel Foster, Esq.
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-10472-TPA
Herbert Billy Maness                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: dkam              Page 1 of 1           Date Rcvd: Jan 10, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Herbert Billy Maness,   20704 Beaver Center Road,   Conneautville, PA 16406-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Herbert Billy Maness dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4