**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE : | Bankruptcy No. 19-10472-TPA | |
|     **Herbert Billy Maness,** : | **Chapter 13** | |
|          **Debtor** : | | |
| : | **Docket No.: 65** | |
|     **Herbert Billy Maness,** : | | |
|          **Movant** : | | |
| : | | |
|     **vs.** : | | |
| : | | |
|     **Ronda J. Winnecour, Esquire,** : | | |
|          **Chapter 13 Trustee,** : | | |
|          **Respondent.** : | | |

## STATUS REPORT

**AND NOW** this 5th day of February 2020**,** comes Herbert Billy Maness ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 7, 2019 (the "Filing Date").

2. On December 4, 2019, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace his vehicle.

3. On January 9, 2020, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor hsd still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated January 9, 2020.

Date: <u>February 5, 2020</u>                              <u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors