FILED
2/6/20 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10472-TPA |
| Herbert Billy Maness | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 2/5/2020 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

**_MATTER:_**  #52 Motion for Status Conf on LMP

**_APPEARANCES:_**

    Debtor: Daniel P. Foster
    Trustee: Owen Katz
    Ditech Fin.: James Warbrodt

**_NOTES:_**

Foster: Servicer changed during interim modification, waiting for final offer.

Warmbrodt:

(11:28)

**_OUTCOME:_**  LMP extended for 60 days

ljm