# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
|    Herbert Billy Maness, | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Document No(s). 26, 69, 71 |
| Herbert Billy Maness, | : | |
|       Movant | : | |
| | : | |
|         v. | : | |
| | : | |
| NewRez LLC, | : | |
| | : | |
|        AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|       Respondents | : | |

## Certificate of No Objection Regarding Motion to Authorize Loan Modification

     The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Motion to Authorize Loan Modification*, filed on March 17, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than April 3, 2020.

     It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: April 7, 2020

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Certificate of No Objection Regarding Motion to Authorize Loan Modification*, by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below**\***.

Executed on: April 7, 2020

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

New Rez LLC
PO Box 740039
Cincinnati, Ohio 45274-0039
*Service via US Mail*

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406
*Service via US Mail*