## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No(s). 69 |
| Herbert Billy Maness, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NewRez LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order**, by Electronic-Mail, DMM Portal and/or US Mail on the parties below.

Executed on: **April 9, 2020**

By: /s/ Kathryn M. Schwartz
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

New Rez LLC
PO Box 740039
Cincinnati, Ohio 45274-0039
*Service via US Mail*

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406
*Service via US Mail*

*DMM Portal*