FILED
4/8/20 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10472-TPA |
| Herbert Billy Maness, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No(s). 69 |
| Herbert Billy Maness, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NewRez LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## ORDER

*AND NOW*, this 8th day of April, *2020*, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Herbert B. Maness AND NewRez LLC** is approved;

(2) The terms of the loan shall be as follows:

    a. Due Date: February 1, 2020 and the 1st of each month thereafter;
    b. New Monthly Payment: $1,312.64 = $546.48 (P&I) + $766.16 (Escrow)
    c. Interest Rate: 3.875%;
    d. Loan Term: 40 Years;
    e. Maturity Date: January 1, 2060;
    f. Principal Balance: $190,317.67; (*only $133,222.37 is interest-bearing)
    g. Deferred payment: $57,095.30 (non-interest bearing)

(3) ***Within fourteen (14) days*** from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge   **ljm**
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10472-TPA
Herbert Billy Maness                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam                 Page 1 of 1              Date Rcvd: Apr 08, 2020
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
db             +Herbert Billy Maness,    20704 Beaver Center Road,    Conneautville, PA 16406-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
      Daniel P. Foster    on behalf of Debtor Herbert Billy Maness dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 4