**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10472-TPA |
| | : | |
| **Herbert Billy Maness,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 78 & 79 |
| **Herbert Billy Maness,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>April 29, 2020</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Herbert Billy Maness
20704 Beaver Center Road
Conneautville, PA 16406-3626

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ditech Financial LLC
P.O. Box 12740
Tempe, AZ 85284-0046

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

(p)H & R ACCOUNTS INC
5320 22ND AVENUE
MOLINE IL 61265-3627

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Transworld Systems Inc / 33
PO Box 15609
Wilmington, DE 19850-5609